SIRPR

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

Southern Division

**FILED - GR**

September 10, 2018 9:59 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _mkc    SCANNED BY /ww 9/11/18

|  |  |
|---|---|
| Judi Ann Garri | ) Case No. **1:18-cv-1030** |
|  | ) **Paul L. Maloney** |
|  | ) **United States District Judge** |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) Jury Trial: *(check one)* ✓ Yes ☐ No |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
|  | ) |
| Rapid Engineering LLC | ) |
| & | ) |
| Specified Air Solutions | ) |
|  | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Judi Ann Garri |
| Street Address | 3363 Juniper Drive, NW  apt. 1A |
| City and County | Walker, Kent County |
| State and Zip Code | Michigan, 49544 |
| Telephone Number | 763-438-9910 |
| E-mail Address | judigarri@yahoo.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Rapid Engineering LLC |
| Job or Title *(if known)* | |
| Street Address | 1100 7 Mile Road, NW |
| City and County | Comstock Park, Kent County |
| State and Zip Code | Michigan, 49321 |
| Telephone Number | 616-784-0500 |
| E-mail Address *(if known)* | www.specifiedair.com |

Defendant No. 2

| | |
|---|---|
| Name | Specified Air Solutions |
| Job or Title *(if known)* | |
| Street Address | 1100 7 Mile Road, NW |
| City and County | Comstock Park, Kent County |
| State and Zip Code | Michigan, 49321 |
| Telephone Number | Michigan, 49321 |
| E-mail Address *(if known)* | www.specifiedair.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✓] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S. Code § 2000e-2,
ADEA; 29 U.S.C. § 621 to 29 U.S.C. § 634
Retaliation Discrimination

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

     b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

     3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attached Sheets Titled "Statement of Claim" pages 1-5

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1)Loss of wages promised to move. (2)Loss of vacation & benefits not honored in offer letter. (3)Damage to my career title& being demoted. (4)Working in a hostile environment were I am afraid of what is going to happen next or to be hurt. (5)Future attorneys fee's & costs. (6)Relief from the court for Punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Reason for punitive money damages is; I left my state and family for what was suppose to be an opportunity for my career. Use my talents & experience to help this company grow. Instead of honoring the position/offer the company chose to allow me to be victimized, expecting me to follow work directions that was not of code or electrical standards by younger male employees with less than 2 years of experience in this field. Being forced to work in an environment that goes against my faith.
Including repeated requests to send me back home into the same position I would have been in if I had not moved to Michigan. I could have easily found a panel wirer in Minnesota and not have left my grandchildren.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        9/10/18

Signature of Plaintiff       X _Juli Ann Garri_

Printed Name of Plaintiff    Judi Ann Garri

### B.    For Attorneys

Date of signing:        _____

Signature of Attorney       _____

Printed Name of Attorney    _____

Bar Number           _____

Name of Law Firm        _____

Street Address         _____

State and Zip Code       _____

Telephone Number        _____

E-mail Address         _____